UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRTUAL SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. 1:12-CV-1118-SAS |

**MICROSOFT CORPORATION'S NOTICE OF MOTION FOR**
**SUMMARY JUDGMENT OF INVALIDITY FOR INDEFINITENESS**

  PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, upon the Memorandum of Law in Support of Microsoft's Motion for Summary Judgment, Rule 56.1 Statement of Undisputed Facts, Declaration of Robert Courtney in Support of Microsoft's Motion for Summary Judgment, and Declaration of Aaron Bobick, Ph.D., Microsoft Corporation hereby moves this court to grant Microsoft's Motion for Summary Judgment of Invalidity for Indefiniteness.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: October 12, 2012                     By: */s/ Lauren A. Degnan*

Ruffin B. Cordell
Lauren A. Degnan
Cherylyn Esoy Mizzo
Robert Courtney
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th Floor
Washington, DC 20005

Jonathan A. Marshall (JM7664)
Leah A. Edelman (LE7384)
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY 10022
Tel: 212-765-5070

Counsel for
MICROSOFT CORPORATION