**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VIRTUAL SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendants. | Case No. 1:12-CV-1118-SAS |

**[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR INDEFINITENESS**

      The court, having considered Microsoft Corporation's Motion for Summary Judgment of Invalidity for Indefiniteness, has concluded claim 1 and all dependent claims of U.S. Patent No. 6,507,353 are invalid. The Motion is hereby **GRANTED**.

_____
Shira A. Scheindlin
U.S. District Court Judge