# EXHIBIT 1

Dictionary.com
generator
Log In | Sign Up | Premium
Dictionary Thesaurus Word Dynamo Quotes Reference Translator Spanish



**Related Searches**

Used onan generators
Used honda generator...
Used generators for ...
Generators for home ...
Used generators
Portable generators
Myspace layout gener...
Portable generators ...

**Nearby Words**

generativetrans...
generativist
generativity
**generator**
generatrices
generatrix
generic

# generator   

Ads
**DuroMax Gas Generators**
www.**generator**factoryoutlet.com/
Be Prepared. Keep The Power On! Free Shipping + Lowest Prices

**Generator**
www.northerntool.com/**Generators**
Find Extensive Brand Selection of **Generators**. Shop Now!

**Generator**
www.servicemagic.com/
Five-Star Rated **Generator** Experts. Compare Quotes, Profiles & Ratings!

gen·er·a·tor    [**jen**-*uh*-rey-ter]    Show IPA

*noun*

1. a machine that converts one form of energy into another, especially mechanical energy into electrical energy, as a dynamo, or electrical energy into sound, as an acoustic generator.
2. a person or thing that generates.
3. *Chemistry* . an apparatus for producing a gas or vapor.
4. *Mathematics* .
   a. an element or one of a set of elements from which a specified mathematical object can be formed by applying certain operations.
   b. an element, as a line, that generates a figure.
5. *Computers* . a program that produces a particular type of output on demand, as random numbers, an application program, or a report.

**Relevant Questions**

What Is A Generation?                What Is Generator?
How Long Is One Generati...           How Many Years Is A Gene...

*Origin:*
1640–50; < Latin generātor producer, equivalent to generā ( re ) ( see generate) + -tor -tor

 **Generator** is always a great word to know.   00:10
So is **cyanide**. Does it mean:

**Example sentences**

The small combustion engine uses an electric **generator** and a super-powered elect...

Beyond that range, its combustion engine will kick in, powering a **generator** for ...

Trains use a diesel engine to run either a **generator** or an alternator.

When the battery dies, a gasoline engine drives a **generator** that keeps the juice...

 EXPAND





**Related Words**

| | |
|---|---|
| magneto | wind generator |
| diesel-electric | active |
| electrostatic generator | alternator |
| motor generator | amplidyne |
| sync-generator | backup |

http://dictionary.reference.com/browse/generator?s=t