# EXHIBIT 2





About | Subscriber services | What's new | Contact us | Help

You are not logged in. Log in or Subscribe

Oxford Dictionaries
*The world's most trusted dictionaries*

Dictionary | Language resources | US English

Type a word or phrase to search dictionary | GO

Dictionary | Better writing | World of words BLOG | Puzzles and games

More results for **generator**

- motor generator US. ENG
- electrostatic generator US. ENG
- van de Graaff generator US. ENG
- Generator GER–ENG

Result list for **generator**

Our **Word of the day** is **fan-tan**: a Chinese gambling game in which players try ...

# generator

**Pronunciation:** /ˈjenəˌrātər/

Email | Cite |

Translate **generator** into French | into German | into Italian | into Spanish

Syllabification: On Off

Definition of **generator**

*noun*

a thing that generates something, in particular.

- a dynamo or similar machine for converting mechanical energy into electricity.
- an apparatus for producing gas, steam, or another product.
- [*with modifier*] *Computing* a routine that constructs other routines or subroutines using given parameters, for specific applications:
  *a report generator*
- *Mathematics* a point, line, or surface regarded as moving and so notionally forming a line, surface, or solid.

Remember that **generator** ends with **-or**.

**generator** in other Oxford dictionaries

Definition of **generator** in British & World English dictionary

## Nearby Words

- generate
- generation
- generation gap
- Generation X
- Generation Y
- generation-skipping tax
- generative
- generative cell
- generative grammar
- **generator**
- generatrix

generic
generosity
generous
Genesee River
Genesis
genesis
genet [1]
genet [2]



Copyright © 2012 Oxford University Press. All rights reserved.  |  Privacy policy and legal notice  |  Credits  |  Browse Dictionary