# EXHIBIT 3

http://www.ahdictionary.com/word/search.html?q=generator







## HOW TO USE THE DICTIONARY

Learn what the dictionary tells you about words.

Get Started Now!



## THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. The Panelists are surveyed annually to gauge the acceptability of particular usages and grammatical constructions.

The Panelists



## NEED HELP SOLVING A CROSSWORD PUZZLE?

Go to our Crossword Puzzle Solver and type in the letters that you know, and the Solver will produce a list of possible solutions.



## PURCHASE THE DICTIONARY

The online searchable American Heritage Dictionary includes definitions, pronunciations, etymologies, and feature notes. For further information, including the Indo-European Roots Appendix and the Semitic Roots Appendix, you can purchase the dictionary as an iOS or an Android app—or buy the deluxe printed edition and get the app for free!



## OPEN DICTIONARY PROJECT

Share your ideas for new words and new meanings of old words!

Start Sharing Now!

THE 100 WORDS®

See word lists from the best-selling 100 Words Series!

Find out more!

gen·er·a·tor (jĕn′ə-rā′tər)

Share: gen·er·a·tor

*n.*
1.
 **a.** One that generates, especially a machine that converts mechanical energy into electrical energy.
 **b.** An apparatus that generates vapor or gas.
2. A circuit that generates a specified waveform.
3. *Mathematics* See generatrix.
4. *Computers* A program that produces specific programs from the definition of an operation.

## The American Heritage Dictionary Blog

Check out our blog, updated weekly, for new words and revised definitions, interesting images from the 5th edition, discussions of usage, and more.

Most Recent posts:

   Jacques Barzun

   Usage Updates

   Greetings!

## American Heritage Dictionary Products



| The American Heritage Dictionary, 5th Edition | The American Heritage Desk Dictionary + Thesaurus | Curious George's Dictionary | The American Heritage Student Dictionary | The American Heritage Student Grammar Dictionary | The American Heritage Science Dictionary | The American Heritage Medical Dictionary | The American Heritage Dictionary of Business Terms | Webster's New College Dictionary | Roget's II: The New Thesaurus | The American Heritage Children's Dictionary | The American Heritage Essential Student Thesaurus |

## Already own the fifth edition?

GET YOUR FREE APP!

## Put the entire dictionary at your fingertips—anywhere, anytime!

BUY THE iOS or ANDROID APP



- Home
- | About Us

- | Careers
- | Contact Us
- | FAQs
- | Site Map



- Privacy Policy
- | Trademark Information
- | Terms & Conditions of Use

Copyright 2011 Houghton Mifflin Harcourt Publishing Company. All rights reserved.