# EXHIBIT 4



**Related Searches**

Definition of virtua...
Meaning of virtual e...
Advantages of virtua...
Definition of the wo...
Virtual learning env...
Ethernet fast ethern...
Www vs internet
World wide web versu...

**Nearby Words**

virtual device ...
virtual device ...
virtual disk
**virtual environ...**
virtual friday
virtual home en...
virtual host

# virtual environment   

Ads

**Cloud Virtual Environment**
www.skytap.com/IT-Cloud-Trial
Enterprise Grade Dev/Test Cloud. IT Visibility & Control. Free Trial

**Chevron & the Environment**
www.chevron.com/
Learn what Chevron is Doing to Preserve the **Environment**.

**Rainforest Realities Blog**
www.rainforestrealities.com/
See How Companies Like APP Ensure The Protection Of The **Environment**.

| | |
|---|---|
| **Main Entry:** | virtual environment |
| **Part of Speech:** | n |
| **Definition:** | a computer-generated, three-dimensional representation of a setting in which the user of the technology perceives themselves to be and within which interaction takes place; also called virtual landscape, virtual space, virtual world |

Dictionary.com's 21st Century Lexicon
Copyright © 2003-2012 Dictionary.com, LLC
Cite This Source

**Matching Quote**

*"Despair, in short, seeks its own environment as surely as water finds its own level."*

-A. Alvarez

▶ MORE



**Virtual environment** is always a great word to know. 00:10
So is **zedonk**. Does it mean:

○ a scrap or morsel of food left at a meal.

○ the offspring of a zebra and a donkey.

**LEARN MORE UNUSUAL WORDS WITH WORD DYNAMO...**





Partners: Word | Bloglines | Citysearch | The Daily Beast | Ask Answers | Ask Kids | Life123 | Sendori | Thesaurus

Dictionary.com, LLC. Copyright © 2012. All rights reserved.　　About | Privacy | Terms | API | Careers | Advertise with Us | Contact Us | Suggest a Word | Help