UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRTUAL SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendants. | Case No. 1:12-CV-1118-SAS |

**DECLARATION OF ROBERT COURTNEY IN SUPPORT OF
MICROSOFT CORPORATION'S REPLY BRIEF FOR
<u>SUMMARY JUDGMENT OF INVALIDITY FOR INDEFINITENESS</u>**

I, Robert Courtney, declare as follows:

1. I am an attorney licensed to practice law in the State of California and the District of Columbia. I am an associate at the law firm of Fish & Richardson, P.C., counsel for Microsoft Corporation ("Microsoft") in this case. I make these statements based on my own personal knowledge or the regularly kept files of Fish & Richardson P.C., with which I am familiar.

2. This declaration is made in support of Microsoft's Reply Memorandum of Law in Support of Its Motion for Summary Judgment of Invalidity for Indefiniteness.

3. Attached as Exhibit 1 is a true and correct copy of a letter to Tim Grochocinski from Cherylyn Mizzo of August 7, 2012.

4. Attached as Exhibit 2 is a true and correct copy of a letter to Cherylyn Mizzo from Tim Grochocinski of September 5, 2012.

5. Attached as Exhibit 3 is a true and correct copy of a letter to Tim Grochocinski from Cherylyn Mizzo of September 7, 2012.

1

6. Attached as Exhibit 4 is a true and correct copy of a letter to the Hon. Shira A. Scheindlin from Lauren Degnan of September 26, 2012

7. Attached as Exhibit 5 is a true and correct copy of a letter to the Hon. Shira A. Scheindlin from Tim Grochocinski of October 1, 2012.

8. Attached as Exhibit 6 is a true and correct copy of excerpts from the rough transcript of the deposition of Vyacheslav Zavadsky, Ph.D., taken in New York on November 27, 2012.

9. Attached as Exhibit 7 is a true and correct copy of a letter to Tim Grochocinski from Cherylyn Mizzo of September 5, 2012.

10. Attached as Exhibit 8 is a true and correct copy of an email to Robert Courtney and Lauren Degnan from Tim Grochocinski of November 14, 2012.

                Respectfully submitted,

Dated: November 28, 2012           */s/ Robert Courtney*
                Robert Courtney

# CERTIFICATE OF SERVICE

    A true and correct copy of the **DECLARATION OF ROBERT COURTNEY IN SUPPORT OF MICROSOFT CORPORATION'S REPLY BRIEF FOR SUMMARY JUDGMENT OF INVALIDITY FOR INDEFINITENESS** has been served by e-mail to the counsel listed below, on this the 28th day of November, 2012.

| | |
|---|---|
| Timothy E. Grochocinski<br>InnovaLaw, LLC<br>1900 Ravinia Place<br>Orland Park, Illinois 60462<br>P. 314-853-8146<br>teg@innovalaw.com | Harold Y. MacCartney, Jr.<br>Office and Post Office Address<br>13 North Broadway, P.O. Box 350<br>Nyack, New York 10960<br>Telephone: (845) 358-0074<br>Facsimile: (845) 358-0793<br>lmaccartney@mmkmlaw.com |
| Anthony G. Simon<br>Michael P. Kella<br>The Simon Law Firm, P.C.<br>800 Market St., Ste. 1700<br>St. Louis, MO 63101<br>P. 314-241-2929<br>F. 314-241-2029<br>asimon@simonlawpc.com<br>mkella@simonlawpc.com<br>IPTeam@simonlawpc.com<br><br>Attorneys for Plaintiff<br>Virtual Solutions, LLC | Attorney for the Plaintiff<br>Virtual Solutions, LLC |

                                                */s/ Loreylys Perez*
                                                Loreylys M. Perez