# EXHIBIT 1

# FISH & RICHARDSON P.C.

1425 K STREET, N.W.
11TH FLOOR
WASHINGTON, DC 20005

Telephone
202 783-5070

Facsimile
202 783-2331

Web Site
www.fr.com

Cherylyn Esoy Mizzo
202 626-7748

Email
mizzo@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA ELECTRONIC MAIL**

August 8, 2012

Timothy E. Grochocinski, Esq.
Innovalaw PC
1900 Ravinia Place
Oakland Park, IL 60462

Re:   *Virtual Solutions, LLC v. Microsoft Corporation*,
      Case No. 12-CV-1118 (SAS)

Dear Tim,

Pursuant to the Scheduling Order dated May 11, 2012, below please find Microsoft's proposed list of terms for claim construction:

| Claim Term | Asserted Claim(s) In Which Term Appears |
|---|---|
| "A method for generating a behavior vector for a virtual actor in an interactive theatre by interpreting stimuli from visitors . . . ." | Claim 1 |
| "behavior vector" | Claim 1 |
| "interactive theatre"/ "theater area" | Claim 1, 7 |
| "a plurality of sensors detecting and sensing at least one physical characteristic at a plurality of positions within a theatre area" | Claim 1 |
| "physical characteristic signal" | Claim 1 |
| "behavior model" | Claim 1, 22 |
| "virtual environment stimulus generator" | Claim 8 |
| "virtual environment stimulus" | Claim 8, 9 |
| "new actor creation signal" | Claim 9 |
| "psychological factors" | Claim 22 |

Very truly yours,

Cherylyn Esoy Mizzo

CC: counsel of record