

# EXHIBIT 2



Timothy E. Grochocinski
teg@innovalaw.com

September 5, 2012

**VIA *VIA ELECTRONIC MAIL***

Cherylyn Mizzo
mizzo@fr.com

**Re:** ***Virtual Solutions v. Microsoft***
**Case No. 1:12-cv-0118-SAS**

Ms. Mizzo:

This letter serves as Virtual Solutions identification of proposed constructions and extrinsic evidence. Virtual Solutions reserves the right to rely on expert testimony and extrinsic evidence, once Microsoft's claim construction positions are received, to rebut any contention by Microsoft that any claim limitation lacks enablement, a sufficient written description or renders any claim of U.S. Patent No. 6,507,353 indefinite or to rebut any extrinsic evidence relied on by Microsoft. In addition, discovery in this matter is ongoing. Virtual Solutions reserves the right to modify these constructions, or propose additional constructions, pending further discovery and receipt of Microsoft's proposed constructions.

| **Term** | **Virtual Solutions Proposal** |
|---|---|
| "a behavior model" | "one or more parameters used to model behavior" |
| "a behavior vector" | "a change to the behavior" |
| "whereby a virtual actor reacts and interacts, in real-time, with visitors depending on the visitors actions and evolution of said actions" | "whereby a virtual actor reacts and interacts, in real-time, with visitors, and not with items created to represent the user in the virtual world, depending on the visitors' actions and evolution of said actions." |
| "a virtual environment stimulus generator" | No construction required. Plain and ordinary meaning. |
| "a new actor creation signal" | "a signal sent to initiate the creation of new actor" |



| “A method for generating a behavior vector for a virtual actor in an interactive theatre by interpreting stimuli from visitors …” | No construction required. Preamble is not a limitation. See construction of constituent terms. |
|---|---|
| “interactive theatre” / “theater area” | No construction required. Plain and ordinary meaning. |
| “a plurality of sensors detecting and sensing at least one physical characteristic signal at a plurality of positions within a theatre area” | No construction required. Plain and ordinary meaning. |
| “physical characteristic signal” | No construction required. Plain and ordinary meaning. |
| “virtual environment stimulus” | No construction required. Plain and ordinary meaning. |
| “psychological factors” | No construction required. Plain and ordinary meaning. |

Please let us know when you are available to meet and confer in an attempt to narrow the disputed issues and attempt to reach common ground regarding our respective proposed constructions.

Sincerely,

**/s/ Timothy E. Grochocinski**

Timothy E. Grochocinski

cc: Ruffin Cordell (*via email*)
John Marshall (*via email*)
Anthony Simon (*via email*)