**EXHIBIT 6**

```
 1      IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 2             MANHATTAN DIVISION
     ----------------------------------------X
 3   VIRTUAL SOLUTIONS, LLC,

 4                  Plaintiff,

 5                                 Case No:
     VS.                     12-CV-1118(SAS)
 6
     MICROSOFT CORP.,
 7                  Defendant.
     ----------------------------------------X
 8

 9

10   HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION

11         OF VYACHESLAV ZAVADSKY, PH.D.

12         Tuesday, November 27, 2012

13            New York, New York

14

15   * * *  R O U G H   D R A F T  * * *

16

17       *** HIGHLY CONFIDENTIAL ***

18        ***ATTORNEYS' EYES ONLY***

19

20

21

22

23   Reported By:

24   LINDA J. GREENSTEIN

25   JOB NO.
```

```
 1                November 27, 2012
 2                9:  A.M.
 3
 4
 5
 6
 7           Highly Confidential Videotaped
 8   Deposition of VYACHESLAV ZAVADSKY, PH.D.,
 9   taken by Defendant, pursuant to Notice,
10   held at Fish & Richardson, P.C., 601
11   Lexington Avenue, New York, New York,
12   before Linda J. Greenstein, a Certified
13   Shorthand Reporter and Notary Public of the
14   State of New York.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:

 2


 3


 4   FISH & RICHARDSON, P.C.
     Attorneys for Plaintiff
 5           1425 K Street N.W.
             Washington, D.C. 20005
 6
     BY:     LAUREN A. DEGNAN, ESQ.
 7           202.626.6392
             degnan@fr.com.com
 8


 9


10
     INNOVA LAW, P.C.
11   Attorneys for Defendant
             1900 Ravinia Place
12           Orland Park, Illinois 60462

13   BY:     TIMOTHY E. GROCHOCINSKI, ESQ.
             708.675.1975
14           teg@innovalaw.com

15


16


17   Also Present:

18


19   Robert Courtney, Esq.
     Fish & Richardson, P.C.
20
     Carlos Nunez, Legal Video Specialist
21   Esquire Video Solutions

22


23


24


25
```

|   |    |                                                                 |
|---|----|-----------------------------------------------------------------|
|            | 1  | THE VIDEOGRAPHER:  This is Tape                      |
|            | 2  | Number 1 of the Videotaped Deposition of             |
|            | 3  | the Videotaped Deposition of Mr. Vyacheslav          |
|            | 4  | Zavadsky in the Matter of Virtual Solutions          |
| 09:03:58   | 5  | LLC versus Microsoft Corp. in the United             |
|            | 6  | States District Court for the Southern               |
|            | 7  | District of New York, Manhattan division,            |
|            | 8  | Case Number 12-CV-1118 (SAS).                        |
|            | 9  | This deposition is being held at                     |
| 09:04:12   | 10 | Fish & Richardson, P.C., 601 Lexington               |
|            | 11 | Avenue, New York, New York on November 27,           |
|            | 12 | 2012 at approximately 9:04 a.m.                      |
|            | 13 | My name is Carlos Nunez and I'm                      |
|            | 14 | the legal video specialist.  Will counsel            |
| 09:04:27   | 15 | please introduce themselves.                         |
|            | 16 | MR. GROCHOCINSKI:  Tim                               |
|            | 17 | Grochochinski from Innova Law on behalf of           |
|            | 18 | the plaintiff.                                       |
|            | 19 | MS. DEGNAN:  Lauren Degnan with                      |
| 09:04:34   | 20 | Fish & Richardson on behalf of Microsoft             |
|            | 21 | Corporation.                                         |
|            | 22 | MR. COURTNEY: Robert Courtney,                       |
|            | 23 | also from Fish & Richardson.                         |
|            | 24 | THE VIDEOGRAPHER:  Will the                          |
| 09:04:42   | 25 | court reporter please swear in the                   |

```
           1    witness.
           2             VYACHESLAV ZAVADSKY,
           3    having been first duly sworn, was examined
           4    and testified as follows:
09:04:54   5    EXAMINATION BY
           6    BY MS. DEGNAN:
           7        Q.   Good morning, Dr. Zavadsky.
           8             Would you please state your name
           9    and address for the record.
09:05:04  10        A.   Vyacheslav Zavadsky, Unit 33 at
          11    3205 Upland Drive, Ottawa Ontario K1V93
          12    Canada.
          13        Q.   Have you ever been deposed
          14    before?
09:05:15  15        A.   Yes.
          16        Q.   How many times?
          17        A.   Once.
          18        Q.   In what context?
          19        A.   The name of the case was Image
09:05:25  20    Processing LLC versus Cannon.
          21        Q.   Did you serve as a fact witness
          22    or an expert witness in that case?
          23        A.   Expert witness.
          24        Q.   Do you know approximately when
09:05:41  25    that deposition occurred?
```

```
           1    that led to the '353 patent was filed;
           2    correct?
           3         A.   Correct.
           4         Q.   And you today are aware of no
14:48:19   5    published dictionary or other definition of
           6    generator from 1999, are you?
           7         A.   No.
           8         Q.   Are you aware of any dictionary
           9    definition from 1999 of generator?
14:48:42  10         A.   Not off the top of my head.
          11         Q.   You don't have to read them out
          12    loud, but you look at the three definitions
          13    you've highlighted in your declaration,
          14    would you agree that in each of them, a
14:49:03  15    generator is computer software?
          16         A.   Yes.
          17         Q.   Is it your view that today the
          18    ordinary meaning of generator is computer
          19    software?
14:49:23  20         A.   In what context?
          21         Q.   In the context of the '353
          22    patent.
          23         A.   Yes.
          24         Q.   Is it your view that in 1999 the
14:49:39  25    ordinary meaning of the term generator in
```

```
              1     the context of the '353 patent is computer
              2     software?
              3          A.   Yes.
              4          Q.   Now, also in the three
14:50:04      5     definitions you provided in your
              6     declaration, the output of a generator is
              7     some sort of program or sub routine; is
              8     that right?
              9          A.   No.
14:50:33     10          Q.   At least some of the output is a
             11     program or sub routine?
             12          A.   Yes.
             13          Q.   What else is an output besides a
             14     program or sub routine?
14:50:43     15          A.   A particular type of output,
             16     such as random numbers or application
             17     program or report.
             18          Q.   In the claim, the virtual
             19     environment stimulus generator outputs
14:51:01     20     what?
             21          A.   I understand that you're
             22     referring to claim 1?
             23          Q.   Claim 8.
             24          A.   Virtual environment stimulus.
14:51:30     25          Q.   Is the virtual environment
```

          1    Box 95, and Box 102 which have stimuli to

          2    represent this data.

          3         I think it's possible.  I'm not

          4    saying that it's the case.  But there is

15:20:11  5    some sort of relationship between them

          6    which kind of makes sense.

          7       Q.   I'm not really asking about the

          8    relationship.

          9         Based on your review of this

15:20:25 10    patent, wouldn't you agree that a reaction

         11    is something that happens in response to

         12    the stimuli?

         13       A.   I agree with it.

         14       Q.   So stimuli are not the same as

15:20:39 15    the reaction?

         16       A.   I don't necessarily agree with

         17    it, and the reason why, because reaction

         18    can be used as stimuli.

         19       Q.   Paragraph 42 you mention that

15:21:13 20    Figures 2 and 3 and their chronic

         21    descriptions disclose an algorithm, which

         22    in your view are the following steps.

         23    Reads information from the virtual

         24    environment database, analyze that

15:21:30 25    information and then based on that

```
              1     generator."

              2         A.    Yes.

              3         Q.    What do you mean by that?

              4         A.    I would rather give you example,

15:24:08      5     right?  So I think it's not unreasonable to

              6     say that the method called stimuli have to

              7     be different for box -- let's say 23 and

              8     Box 27 in Figure 2.  Right?

              9         Q.    I'm sorry, say that again?

15:24:54     10         A.    The actual code, the actual

             11     software code, to implement method called

             12     stimuli would be different for the Box 23

             13     and Box 27 on Figure 2.  It would make

             14     sense, right?  Therefore it would be, you

15:25:16     15     know, like a standard practice in object

             16     oriented programming both now and in 1999

             17     to define this method called stimuli as a

             18     virtual function and create a sub class to

             19     define different algorithm for the Box 27.

15:25:38     20         Q.    Does the '353 patent disclose

             21     any steps of the methods of calc stimuli?

             22         A.    I would say only at an extremely

             23     high level, such as getData -- let me roll

             24     back a little bit.

15:26:06     25               I think some details are
```

     1 provided for CalcStimuli for the boxes 23,

     2 24 and 25, and those details are provided

     3 at column 11, lines 52 to 58.

     4    To some extent, these lines can

15:26:38 5 be used for box 27 because, we already

     6 discussed, there is class, virtual sense of

     7 data, but not more details is disclosed.

     8   Q. So this passage you just cited

     9 in column 11, lines 50 through 56, that you

15:27:01 10 believe is the method or algorithm for

     11 CalcStimuli in connection with elements 23,

     12 24 and 25, but that is not the method for

     13 element 27, virtual environment stimulus

     14 generator; correct?

15:27:20 15   A. I would say that for 27, it

     16 would have to be at least slightly

     17 different, which would normally calls for

     18 creation of a different virtual function,

     19 different implementation of a virtual

15:27:37 20 function.

     21   Q. It's your view that this

     22 slightly different method doesn't have to

     23 be disclosed because someone of skill in

     24 the art would know how to do it; right?

15:27:48 25   A. Yes.

```
              1          Q.    And, in fact, it's not disclosed
              2    here in the patent?
              3          A.    Not beyond what we already
              4    discussed.
15:27:59      5          Q.    Understood.
              6                And that someone of ordinary
              7    skill in the art in December of 1999 would
              8    know how to write a new method that would
              9    be CalcStimuli for element 27?
15:28:13     10          A.    Yes.
             11          Q.    So in paragraph 45 of your
             12    declaration, you talk about a method from
             13    column 13, line 40 to column 15, line 50?
             14                MR. GROCHOCINSKI:  Objection.
15:29:21     15                The characterization, using the
             16    word "method."
             17    BY MS. DEGNAN:
             18          Q.    Does this method, in your
             19    opinion, support the function recited in
15:29:41     20    claim 8, namely analyzing the virtual
             21    database and generating a virtual
             22    environment stimulus?
             23                MR. GROCHOCINSKI:  Same
             24    objection.
15:29:58     25          A.    I would say to some extent, yes.
```