**EXHIBIT 7**

# FISH & RICHARDSON P.C.

1425 K STREET, N.W.
11TH FLOOR
WASHINGTON, DC 20005

Telephone
202 783-5070

Facsimile
202 783-2331

Web Site
www.fr.com

**Cherylyn Esoy Mizzo**
202 626-7748

Email
mizzo@fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

VIA ELECTRONIC MAIL

September 5, 2012

Timothy E. Grochocinski
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
314-853-8146

Re: *Virtual Solutions, LLC v. Microsoft Corporation*,
Civ. No. 12-1118 (SAS), Southern District of New York

Tim,

Enclosed please find Microsoft's Proposed Claim Constructions.

Regarding your email of Saturday, September 2, 2012, we object to the addition of the "whereby a virtual actor reacts and interacts, in real-time, with visitors depending on the visitors' actions and evolution of said actions" term as untimely, since this term should have been disclosed on August 8, i.e., the date the court ordered the parties to exchange claim terms for construction. Moreover, you do not identify any good cause for the untimely identification of this term.

Without waiving our objections, however, we will provide you our proposed construction next week, given the fact that your email over the holiday weekend left us with one business day to consider this new term. We expect you to provide Virtual Solutions's construction of this term today with your other proposed constructions so as not to exasperate the prejudice your untimely identification of this term has caused.

Very truly yours,

s/ Cherylyn Esoy Mizzo

Cherylyn Esoy Mizzo