**EXHIBIT 8**

# Robert Courtney

| | |
|---|---|
| **From:** | Timothy Grochocinski <teg@innovalaw.com> |
| **Sent:** | Wednesday, November 14, 2012 4:06 PM |
| **To:** | Robert Courtney; Lauren Degnan |
| **Cc:** | Cherylyn E. Mizzo; ipteam@simonlawpc.com |
| **Subject:** | Virtual Solutions |

In support of our response to MS' SJ brief and Dr. Bobick's declaration we will be relying on Dr. Slava Zavadsky. Dr. Zavadsky will be available to be deposed on 11/27 in NY at your office provided space is available. Given the tight timetable, travel schedules and the holiday next week can you confirm that 11/27 works for your side with the understanding that after you receive Dr. Zavadsky's declaration you may decide not to depose him.

**Timothy E. Grochocinski** | **Attorney** | P. 708.675.1974
**InnovaLaw, P.C.** | 1900 Ravinia Place | Orland Park, IL 60462
teg@innovalaw.com | www.innovalaw.com



**NOTICE:** This message and any attachments sent with it may contain confidential and/or privileged information. If you received this email and are not the intended recipient, notify us at 708.675.1975 and destroy this email. Email is not a secure method of communication because it can be copied by computers or intercepted by others. Notify us if you wish to receive communications in another manner.