# EXHIBIT B

# Exhibit B: List of Testimony for Aaron Bobick

Prior Deposition Testimony:

    Darby and Darby, New York: Princeton Video Imaging v. Scidel. Expert for defense, in international patent infringement case regarding computer vision technology. Provided testimony regarding validity and infringement.

    Pillsbury Winthrop, Washington, DC: Cognex v. National Instrument. Expert for plaintiff, in patent infringement case regarding machine vision programming environment. Provided testimony regarding infringement.

    Foley and Hoag, Boston, MA. Consultant for defense, Cognex, in patent infringement case regarding machine vision and automatic programming.

    Kaye Scholer, New York: Witness Systems v. Nice. Expert for defense, in international patent infringement case regarding computer graphics technology. Provided testimony regarding validity, infringement and claim construction.

    Sughrue, Mion, Washington, DC: Object Video v. Samsung. Expert for defense, in international patent infringement case before the ITC regarding computer vision-based surveillance technology. Provided testimony regarding validity and infringement.

    Jenner and Block, Chicago: Object Video v. Pelco. Expert for defense, in international patent infringement case regarding computer vision-based surveillance technology.

    Lillam and Smith, Marsahll TX: Criminal Activity v. Siemens. Expert for defense, in patent infringement case regarding computer vision-based surveillance technology.

    Jenner and Block, Chicago: Criminal Activity v. Pelco. Active expert for defense, in patent infringement case regarding computer vision-based surveillance technology.