UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VIRTUAL SOLUTIONS LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**MICROSOFT CORPORATION,**<br><br>                    Defendant. | Case No. 12-CV-1118 (SAS)<br><br>PATENT CASE |

## NOTICE OF APPEAL

Notice is hereby given that Virtual Solutions LLC ("Virtual Solutions"), Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment in this case, and from and including all opinions, orders and rulings decided adversely to Virtual Solutions concerning Microsoft's counterclaim for a declaratory judgment of invalidity including, but not limited to, the Court's Memorandum Opinion and Order entered on February 15, 2013 (Doc. 68) granting Microsoft Corporation's Motion for Summary Judgment of Indefiniteness, the Court's Final Judgment entered on February 15, 2013 (Doc. 69), and the Court's Memorandum Opinion and Order entered on March 7, 2013 denying Virtual Solution's Motion for Reconsideration (Doc. 73), and from all underlying decisions, orders and rulings intertwined with or that produced that order and judgment.

DATED:	March 12, 2013		Respectfully,

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski
Aaron W. Purser
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
P. 708.675.1974
F. 708.675.1786
teg@innovalaw.com
apurser@innovalaw.com

Anthony G. Simon
Benjamin R. Askew
Stephanie H. To
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
baskew@simonlawpc.com
sto@simonlawpc.com
mkella@simonlawpc.com

**COUNSEL FOR PLAINTIFF
VIRTUAL SOLUTIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on counsel of record for Defendant on March 12, 2013 via the Court's CM/ECF system, electronic mail and U.S. Mail, postage prepaid.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski